IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON A. MILISITS, | : |
| Plaintiff, | : CIVIL ACTION NO. 3:16-cv-01586 |
| | : |
| v. | : (Judge Conaboy) |
| | : (Magistrate Judge Saporito) |
| KIM MIARCHICK, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, this 5th day of October, 2016, in accordance with the Memorandum issued this date, IT IS HEREBY ORDERED THAT plaintiff's motion to appoint counsel (Doc. 17), is DENIED WITHOUT PREJUDICE.

*[signature]*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: October 5, 2016

FILED
WILKES BARRE
OCT 0 5 2016
Per____M5____